UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELISE HOWELL and JOHN
HOWELL,

    Plaintiffs,

v.                                  Case No: 8:21-cv-1252-CEH-SPF

CROSSPOINT VETERINARY
HOSPITAL, LLC, CHRISTINE
MCHUGHES, EUGENE JENKINS
and UNKNOWN DEFENDANTS,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on October 8, 2021 (Doc. 9). In the Report and Recommendation, Magistrate Judge Flynn recommends that: (1) Plaintiffs' motions to proceed *in forma pauperis* (Docs. 2, 3) be denied without prejudice and with leave to file renewed requests to proceed *in forma pauperis*; (2) Plaintiffs' Complaint (Doc. 1) be dismissed without prejudice and with leave to file an amended complaint that sets forth the basis for personal jurisdiction over Defendants, if any, and complies with Federal Rules of Civil Procedure 8(a) and 10(b); and (3) Plaintiffs be advised that failure to file an amended complaint within the allotted time may result in dismissal of this action.

Plaintiffs were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 9) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

*(2)* Plaintiffs' motions to proceed *in forma pauperis* (Docs. 2, 3) are denied without prejudice and with leave to file renewed requests to proceed *in forma pauperis.*

(3) Plaintiffs' Complaint (Doc. 1) is dismissed without prejudice.

(4) Plaintiffs are granted leave to file an amended complaint, within twenty-one (21) days, that sets forth the basis for personal jurisdiction over Defendants, if any, and complies with Federal Rules of Civil Procedure 8(a) and 10(b).

(5) Plaintiffs are advised that failure to file an amended complaint within the allotted time will result in dismissal of this action without further notice.

**DONE AND ORDERED** at Tampa, Florida on October 25, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record